# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
### CIVIL NO: 3:10-cv-0633-JGH

CYNTHA BINFORD,                                                                                         *Plaintiff*

vs.                                              **[PROPOSED] ORDER**

STERLING AND KING, INC.,                                                                      *Defendant*

\* \* \* \* \* \* \* \*

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Extension is **granted**.

2. This matter will be dismissed, subject to any pending Motion to Reinstate, on May 15, 2011.

3. This Court retains jurisdiction of this matter for purpose of enforcing the settlement.

DATED: March ___, 2011                                By: _____
                                                                                    United States District/Magistrate Judge